UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAYLOR SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>　　　　　Defendant. | Case No. 2:22-CV-1710 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Jefferson Capital Systems, LLC ("JCAP"), by its attorney, hereby removes this action from the Court of Common Pleas of Allegheny County, State of Pennsylvania, to the United States District Court for the Western District of Pennsylvania. In support of this Notice of Removal, Defendant states as follows:

1. Plaintiff Taylor Smith originally commenced this action by filing a Complaint against Defendant in the Court of Common Pleas of Allegheny County, State of Pennsylvania, where it is presently captioned as *Taylor Smith v. Jefferson Capital Systems, LLC,* Docket No.: AR-22-003694. No further proceedings before the State court have occurred.

2. In the Complaint, plaintiff alleges a statutory cause of action against Defendant. A true and correct copy of the State Court record is attached hereto as Ex. "A."

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

4. Defendant was served with Plaintiff's Complaint on or about November 3, 2022.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant was served with Plaintiff's Complaint. See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Allegheny County Court of Common Pleas, State of Pennsylvania. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant Jefferson Capital Systems, LLC gives notice that this action is removed from the Allegheny County Court of Common Pleas, State of Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

Dated: December 1, 2022      Respectfully submitted

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (73683)
**Sessions, Israel & Shartle, LLC**
3 Cross Creek Drive
Flemington, NJ 08822-4938
Telephone No.: (908) 237-1660
Facsimile No.: (877) 334-0661
Email: aeasley@sessions.legal
Attorneys for Defendant,
Jefferson Capital Systems, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022 a copy of the foregoing was served on all counsel and parties of record electronically via CM/ECF and U.S. Mail.

Emily S. Gomez-Hayes
Law Office of Emily Gomez, LLC
2011 Noble Street, Suite 201
Pittsburgh, PA 15218
Telephone: (412) 378-5854
Email: esg@egomezlaw.com
Attorney for Plaintiff

By: /s/ Aaron R. Easley
    Attorney for Defendant,
    Jefferson Capital Systems, LLC